FILED - EASTERN DIVISION
CLERK U.S. DISTRICT COURT
JUN - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DC DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> *Moya Hossain,* <br> Defendant. | Case No.: *EDCR 13-32-JGB* <br> ORDER OF DETENTION <br> (18 U.S.C. § 3143(a)) |

Having conducted a detention hearing pursuant to 18 U.S.C. § 3143(a), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

*nature and circumstances of offense, advisory USSG range, ties to Bangladesh, approx $1M in forfeitable funds in Bangladesh bank acct, means to flee (businesses and real property)*

and/ or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. §

1

3142(b) or (c).  This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending sentencing.

Dated: 6/4/13

HONORABLE OSWALD PARADA
United States Magistrate Judge

2